# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.:  20–42882–mar
Chapter:  13
Judge:  Mark A. Randon

In Re: (NAME OF DEBTOR(S))
    Marc W Rosenow
    1501 Surria Ct
    Bloomfield Hills, MI 48304

Social Security No.:
    xxx–xx–1746

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*28* – Motion for Relief from Stay and Waiving the FRBP 4001 (a)(3) Re: 1501 Surria Ct, Bloomfield Hills, MI 48304 . Fee Amount $181, Filed by Creditor Specialized Loan Servicing, LLC (Attachments: # 1 Exhibit A – Order # 2 Exhibit B – Note # 3 Exhibit C – Recorded Mortgage and Assignments # 4 Exhibit D – Paylog # 5 Exhibit E – Notice of Motion # 6 Exhibit F – POS (Proof of Service)) (Simons, Molly)

will be held on: 7/15/20 at 10:00 AM at Courtroom 1825, 211 West Fort Street Bldg., Detroit, MI 48226

Dated: 6/30/20

BY THE COURT

Katherine B. Gullo, Clerk of Court
U.S. Bankruptcy Court